

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

RONALD THOMPSON d/b/a/      CIVIL ACTION

VERSUS      NO: 02:02-571

L.S. WOMACK, INC., ET AL.      JUDGE
STANWOOD R. DUVAL, JR.
MAGISTRATE JUDGE
WILKINSON
EDLA

### ORDER

It has come to the attention of the Court that there was a typographical error in the Amended Judgment with respect to the date from which interest shall run–that is June 17, 2005, should be June 17, 2002. Accordingly,

**IT IS ORDERED** that a Second Amended Judgment shall be entered correcting the judgment in compliance with this order.

Houma, Louisiana, this 8th day of November, 2005.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

RONALD THOMPSON d/b/a/

VERSUS

L.S. WOMACK, INC., ET AL.

CIVIL ACTION

NO: 02:02-571

JUDGE
STANWOOD R. DUVAL, JR.
MAGISTRATE JUDGE
WILKINSON
EDLA

ORDER

It has come to the attention of the Court that there was a typographical error in the Amended Judgment with respect to the date from which interest shall run–that is June 17, 2005, should be June 17, 2002. Accordingly,

**IT IS ORDERED** that a Second Amended Judgment shall be entered correcting the judgment in compliance with this order.

Houma, Louisiana, this  5th  day of  December , 2005.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE