UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



RONALD THOMPSON, INDIVIDUALLY
and d/b/a FORESTRY CONTRACTORS

V.

L. S. WOMACK, INC.

CIVIL ACTION NO. 2:02-CV-571

JUDGE STANWOOD R. DUVAL, JR.

MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.
EDLA

## SECOND AMENDED JUDGMENT

This matter came to trial before the Court, the Honorable Stanwood R. Duval, Jr., presiding, and the issues having been duly tried and a verdict of the jury being returned in this cause on February 24, 2005, (Document No. 177); having ordered remittur (Doc.198) and plaintiffs accepting same (Doc. 199); based on the rulings issued in its Order and Reasons entered on November 19, 2005 (Doc. 210); having entered an Amended Judgment on that same date (Doc. 211) and having ordered certain clerical errors be amended:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be and is hereby rendered in favor of the plaintiff, Ronald Thompson, and the intervenor, First National Bank of Picayune, against the defendant, L. S. Womack, Inc., and St. Paul Fire & Marine Insurance Company, jointly and severally, in the sum of $187,847.49, with prejudgment interest to be calculated only as to $87,847.49 of the award at 8% compounded annually from June 17, 2002 to March 14, 2005, with post-judgment interest on the total amount, from March 14, 2005 at the rate of 3.13%, and all costs of court.

**IT IS FURTHER ORDERED** that judgment be and is hereby rendered in favor of the plaintiff, Ronald Thompson, and the intervenor, First National Bank of Picayune, against the defendant, L. S. Womack, Inc., for attorneys' fees as to the prosecution of the contract claim. The proper amount of attorney fees to be awarded shall be determined by the magistrate judge taking into consideration the intervention of Armstrong Allen, PLLC for Christopher Solop and the amount of attorneys' fees and the priority of any lien pursuant to 28 U.S.C. § 636(b)(1)(B).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the proper amount of costs to be awarded shall be determined by the Clerk of Court pursuant to L.R. 54.

Houma, Louisiana, this 5th day of December, 2005.

---
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE