

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

RONALD THOMPSON, ETC., ET AL      CIVIL ACTION

VERSUS      NO. 2: 02-571

L.S. WOMACK ET AL.      (J. DUVAL)
(M.J. WILKINSON)

## ORDER

Today I was informed that more than a month ago Judge Duval referred to me the matter of determination of the amount of intervenor's attorneys' fees and the priority of any lien. Although the record contains references to evidence concerning this issue, no such evidence has been submitted to me in any kind of organized, useable, or comprehensive fashion. Accordingly,

**IT IS ORDERED** that no later than **January 10, 2006**, Armstrong Allen, PLLC for Christopher Solop must file a motion to set the amount of his attorneys' fees and the priority of his lien, if any, fully supported by a legal brief, and attaching <u>all</u> necessary evidence, without reference to any other document in this voluminous record. The

submission must comply with the requirements of Fed. R. Civ. P. 54(d)(2) and Local Rule 54.2 of the United States District Court for the Eastern District of Louisiana. All other parties must respond in writing to the motion no later than **January 24, 2006**, attaching all evidence they wish to submit without reference to any other document in this record.

Thereafter, the matter will be decided on the briefs without oral argument. No further briefs will be permitted or should be requested.

New Orleans, Louisiana, this ___ day of December, 2005.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE