
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 11 2008
J.T. NOBLIN, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
(HATTIESBURG DIVISION)

RONALD THOMPSON, ETC., ET AL      CIVIL ACTION

VERSUS      NO. 2: 02-571

L.S. WOMACK ET AL.      (J. DUVAL)
     (M. J. WILKINSON)

## ORDER

Christopher Solop has filed a "Motion Requesting that Magistrate Judge Seal Armstrong Allen, PLLC's Motion and Brief to Establish Amount of Attorneys' Fees and Priority of Lien." Record Doc. No. 225. The motion is DENIED. In the more than ten years during which I have reviewed and determined numerous attorney's fees applications, I have never found it necessary to seal an entire submission, and few lawyers have found it necessary to ask for such an order. Counsel is reminded that the court's record is presumptively a public record and that only that which is truly confidential should be sealed. The attorney-client privilege protects <u>only</u> the content of <u>communications</u> between lawyer and client, not the date, fact or length of time of their occurrence. Certainly, nothing that needs to be included in a brief of this sort needs to reveal attorney-client communications,

and there is no reason for counsel to recite confidential attorney-client communications in a brief. Accordingly, **IT IS ORDERED** that movant must make his submission by excising or redacting from his evidentiary submissions only those portions that reflect the content of attorney-client communications.

**IT IS FURTHER ORDERED** that the deadlines set out in my previous order, Record Doc. No. 222, are hereby extended as follows: No later than **January 24, 2006**, Armstrong Allen, PLLC for Christopher Solop must file a motion to set the amount of his attorneys' fees and the priority of his lien, if any, fully supported by a legal brief, and attaching all necessary evidence, without reference to any other document in this voluminous record. The submission must comply with the requirements of Fed. R. Civ. P. 54(d)(2) and Local Rule 54.2 of the United States District Court for the Eastern District of Louisiana. All other parties must respond in writing to the motion no later than **February 7, 2006**, attaching all evidence they wish to submit without reference to any other document in this record.

Thereafter, the matter will be decided on the briefs without oral argument. No further briefs will be permitted or should be requested.

New Orleans, Louisiana, this 9th day of January, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.