UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



RONALD THOMPSON, INDIVIDUALLY
and d/b/a FORESTRY CONTRACTORS

CIVIL ACTION NO.: 2:02 CV 571

JUDGE STANWOOD R. DUVAL, JR.

v.

MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.
EDLA

L.S. WOMACK, INC. AND
ST. PAUL FIRE & MARINE
INSURANCE COMPANY

**ORDER**

Considering the foregoing Motion;

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Extension of Time to Respond to Motion to Establish Amount of Attorney Fees and Priority of Lien and Entitlement is hereby GRANTED, and that Defendants' response to the Motion for Extension of Time to Respond to Motion to Establish Amount of Attorney Fees and Priority of Lien and Entitlement is due by February 14, 2006.

New Orleans, Louisiana this _____ day of February, 2006.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Respectfully submitted,
**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
P.O. Box 3197
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
s/John M. Madison, III
John M. Madison, III
Mississippi Bar Roll No. 99199

BR:675951.1