

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## (HATTIESBURG DIVISION)

| | |
|---|---|
| RONALD THOMPSON, ETC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 2: 02-571 |
| L.S. WOMACK ET AL. | (J. DUVAL)<br>(M. J. WILKINSON) |

### ORDER ON MOTION

APPEARANCES: None

MOTION: Plaintiff and Intervenor Bank's Motion to Strike Response, Record Doc. No. 234

O R D E R E D:

 XXX : DENIED. In addition, defendants' request for sanctions in their response memorandum, Record Doc. No. 235, is DENIED.

New Orleans, Louisiana, this 17th day of March, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE