

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
(HATTIESBURG DIVISION)

| | |
|---|---|
| RONALD THOMPSON, ETC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 2: 02-571 |
| L.S. WOMACK ET AL. | (J. DUVAL) |
| | (M. J. WILKINSON) |

## ORDER

In the letter attached for filing in the record, counsel have requested that I conduct a telephone conference in this case. Although my office contacted the letter writer and directed him to set it up at any time convenient for counsel, I have heard nothing from him. In addition, my report and recommendation addresses only amount and lien priority and has nothing to do with the question raised in the letter, which was clearly resolved by Judge Duval's order and judgment, not my report.

Under these circumstances, the requested telephone conference will be conducted by me in this case on September 7, 2006, at 11:00 a.m. Counsel who wish to participate should do so by calling 504-589-7630 at that time.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.